UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE GALEA, a resident of the State of California, JIVTESH GILL, a resident of the State of California, PARAMJYOT GILL, a resident of the State of California, JATINDER SINGH, a resident of the State of California; VEENA SINGH, a resident of the State of Nevada; ST. GEORGE STORES, INC., a Washington corporation; JAS DHILLON, a resident of the State of California; HARPARKASH DHILLON, a resident of the State of California, and RUBY ENTERPRISES INC., a Washington corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>7-ELEVEN, INC., a corporation organized under the laws of the State of Texas,<br><br>    Defendant. | No. 2:14-CV-01200-KJM-CKD<br><br>ORDER TO SHOW CAUSE |

On March 31, 2016, the parties to this action filed an amended notice of settlement.  ECF No. 34.  On April 5, 2016, the court took notice of the parties' settlement, and ordered the parties to file dispositional documents no later than September 30, 2016.  ECF No. 36.  On July 17, 2016, the parties filed a joint status report, which states the parties need to collect

1  signatures to finalize the settlement agreement before filing dispositional documents, and states
2  the parties hope to "reach the 90% threshold" within the next few months." ECF No. 37.  Nearly
3  three months has lapsed since the parties filed their joint status report, and the court has received
4  no request for an extension of time to file dospositional documents.  The September 30, 2016
5  deadline for filing dispositional documents has passed.
6      Accordingly, plaintiffs' and defendant's counsel are hereby ordered to show cause on or
7  before October 21, 2016, explaining why this case should not be dismissed, or explaining with
8  particularity when the parties anticipate filing dispositional documents.
9      IT IS SO ORDERED.
10 DATED: October 12, 2016

UNITED STATES DISTRICT JUDGE

2